IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

COPART, INC.                                                                                              PLAINTIFF

v.                                         No. 4:08CV04127 JLH

JASON WALSH                                                                                         DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, this case is dismissed with prejudice, with each party to bear his own costs.

IT IS SO ORDERED this 8th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE